UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: Nicole Jean Erickson,

Debtor: Chapter 7 Case
Case No. BKY 09-60718-DDO.

**ORDER FOR RELIEF FROM AUTOMATIC STAY**

The above-entitled matter came before the Court on the motion of U.S. Bank National Association, as Trustee for the Benefit of Harborview 2005-13 Trust Fund (**Movant**) seeking relief from the automatic stay of 11 U.S.C. §362(a). Based upon the files and records herein, the Court now finds that cause exists entitling Movant to the requested relief.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the automatic stay of 11 U.S.C. §362(a) is immediately terminated as to Movant; and, Movant, its successors or assigns, are hereby authorized to foreclose pursuant to Minnesota law that certain Mortgage dated September 9, 2005, filed for record in the office of the County Recorder in and for Stearns County, Minnesota, on September 28, 2005, and recorded as Document No. 1170032 and covering real property located in Stearns County, Minnesota, which is legally described as follows:

Lot 11, Block 1, Sartell Heights South Plat 2, Stearns County, Minnesota.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: September 29, 2009

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/29/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

16751-094319